UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| WBI Energy Transmission, Inc., | ) | Civil No: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| An Easement and Right-of-Way Across | ) ) | |
| | ) | |
| 189.9 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 11:  W1/2SE1/4 Section 14:  NW1/4NE1/4 | ) ) ) ) | |
| | ) | |
| 227.8 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 11:  N1/2SW1/4, W1/2SE1/4 | ) ) ) | |
| | ) | |
| 242.0 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 2:  SW1/4SE1/4 Section 11:  NE1/4 | ) ) ) ) | |
| | ) | |
| 335.3 rods, more or less, located in <u>Township 150 North, Range 98 W</u> Section 35:  W1/2E1/2 | ) ) ) | |
| | ) | |
| 223.8 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 28:  S1/2N1/2 | ) ) ) | |
| | ) | |
| 83.6 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 14:  NW1/4 | ) ) ) | |
| | ) | |
| McKenzie County, North Dakota, | ) | |
| | ) | |
| David L. Hoffmann; Denae M. Hoffmann; Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002; Rocky & Jonilla Farms, LLP; | ) ) ) ) ) | |

1

| | |
|---|---|
| Randall D. Stevenson; and all other unknown owners of the above lands, | ) ) ) |
| Defendants. | ) ) |

# CONDEMNATION COMPLAINT

Pursuant to Fed. R. Civ. P. 71.1(f), Plaintiff WBI Energy Transmission, Inc. ("WBI Energy"), alleges as follows:

1. WBI Energy, a natural gas company within the meaning of the Natural Gas Act, 15 U.S.C. § 717a(6), is engaged in gathering, storing and transporting natural gas. WBI Energy is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business at 1250 West Century Avenue, Bismarck, North Dakota. WBI Energy is authorized to conduct, and is conducting, business in the state of North Dakota.

2. This is an action for taking by eminent domain, pursuant to Fed. R. Civ. P. 71.1 and the Natural Gas Act. WBI Energy, as the holder of a Certificate of Public Convenience and Necessity, seeks to condemn permanent easements and temporary rights-of-way including workspace and access roads across the above captioned lands ("Subject Easements") as more particularly described on the survey maps attached hereto as Exhibits 1 to 6. The purpose of the Subject Easements are to aid in the construction, operation and maintenance of approximately 12 miles of 24-inch diameter pipeline from WBI Energy's existing Spring Creek Meter Station to the existing Cherry Creek Valve Setting located in McKenzie County, North Dakota ("Line Section 27" or the "Project") and for the ascertainment and award of just compensation to the Defendants and parties in interest. Attached hereto as Exhibit 7 is a map of the project route.

3. Jurisdiction of this matter resides in this Court pursuant to the Natural Gas Act, 15 U.S.C. § 717f(h) and 28 U.S.C. § 1331.

4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the property that is the subject of this action resides in this judicial district.  This action is also brought pursuant to Rule 71.1 of the Federal Rules of Civil Procedure.

5.      The authority for the taking arises pursuant to the Natural Gas Act, 15 U.S.C. § 717f(h).

6.      The amounts claimed by the owners of the property to be condemned exceeds the sum of Three Thousand Dollars ($3,000.00), which provides this Court with subject matter jurisdiction under the Natural Gas Act, 15 U.S.C. § 717f(h). The owners of each tract at issue have rejected offers from WBI Energy exceeding $3,000.00.

7.      WBI Energy is the owner of a Certificate of Public Convenience and Necessity issued February 13, 1985, by the United States of America Federal Energy Regulatory Commission ("FERC") authorizing it to acquire and operate the interstate pipeline facilities previously owned and operated by Montana-Dakota Utilities Co., ("MDU") as well as to provide the certificated service previously provided by MDU under a blanket certificate authorizing routine activities issued in FERC Docket Nos. CP82-487-000, et al. ("Certificate").

8.      On November 30, 2017, WBI Energy filed a prior notice request for authorization, in accordance with 18 C.F.R. Sections 157.205 and 157.210, to construct and operate the Project. Attached hereto as Exhibit 8, is a copy of WBI Energy's Prior Notice Request (FERC Doc. No. CP18-21-000, Accession Number 20171130-5145 Transmittal Letter and Application.).

9.      On December 11, 2017, FERC issued a notice of authorization under blanket certificate for WBI Energy's request. Attached hereto as Exhibit 9 is a copy of 82 Fed. Reg. 60007 (Dec. 18, 2017), the Federal Register Publication of FERC's December 11, 2017 notice.

10. Pursuant to 18 C.F.R. § 157.205(h), WBI Energy was authorized to construct and operate the Project because no protests were filed with FERC.

11. In spite of WBI Energy's efforts and negotiations to secure easements and rights-of-way for the Project by purchase, it has been unable to acquire easements and rights-of-way for such purposes across certain lands situated in McKenzie County owned by the named Defendants.

12. The property sought to be condemned for a permanent easement and right-of-way, along with temporary workspace during the initial pipeline construction, is more particularly described on Exhibits 1 to 6. The following known Defendants have been joined as interest owners in the described lands:

**Exhibit 1**

Township 149 North, Range 98 W
Section 11:  W1/2SE1/4
Section 14:  NW1/4NE1/4

    Interest Owners:    David L. Hoffmann – Fee Owner
    Denae M. Hoffmann – Fee Owner

**Exhibit 2 (access road)**

Township 149 North, Range 98 W
Section 11:  N1/2SW1/4, W1/2SE1/4

    Interest Owners:    David L. Hoffmann – Fee Owner
    Denae M. Hoffmann – Fee Owner

**Exhibit 3**

Township 149 North, Range 98 W
Section 2:  SW1/4SE1/4
Section 11:  NE1/4

    Interest Owners:    Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002 – Fee Owner

**Exhibit 4**

Township 150 North, Range 98 W
Section 35:  W1/2E1/2

   Interest Owners:  Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002 – Fee Owner

**Exhibit 5**

Township 149 North, Range 98 W
Section 28:  S1/2N1/2

   Interest Owner:  Rocky & Jonilla Farms, LLP – Fee Owner

**Exhibit 6**

Township 149 North, Range 98 W
Section 14:  NW1/4

   Interest Owner:  Randall D. Stevenson – Fee Owner (1/3 interest)

13. In addition to the persons named above, there may be others who have or may claim some interest in the property to be taken, whose names are unknown to WBI Energy and after diligent inquiry have not been ascertained.  Any such persons or entities are made parties to this action under the designation "Unknown Owners."

14. The construction and operation of the Project will provide additional capacity necessary for the transportation of incremental natural gas volumes for customers in western North Dakota.

15. In order to construct, maintain, and operate the Project, and all appurtenances and equipment used or useful in the operation thereof, it is necessary for WBI Energy to acquire, by condemnation, easements with the rights and obligations set forth in Exhibit 10 hereto.  WBI Energy additionally requires a temporary access road as depicted in Exhibit 2.

16.     Line Section 27 is scheduled to be in service by September 1, 2018, thereby requiring construction to begin as soon as possible. Delaying construction will cause increased costs and expenses that WBI Energy cannot recover, making the potential harm irreparable. Additionally, any such delay will cause irreparable harm and damage to third-party suppliers and producers, and potential harm and damage to consumers who depend upon natural gas supplies. It is therefore necessary, subject to the posting of such bond or surety as the Court deems appropriate, for WBI Energy to have immediate possession of the above-described property during the pendency of this suit in order to complete the pipeline and commence operations.

17.     The construction and operation of Line Section 27 will help reduce the flaring of natural gas in western North Dakota.

WHEREFORE, WBI Energy prays for relief as follows:

1. Judgment condemning the Subject Easements to WBI Energy;

2. Immediate use and possession of the Subject Easements while this action is pending;

3. Just compensation to be ascertained and awarded to Defendants; and

4. For such additional and further relief as the Court deems just.

Dated this 16th day of April, 2018.

          */s/ Paul J. Forster*
Paul J. Forster (#07398)
Casey A Furey (#08035)
Attorneys for Plaintiff,
WBI Energy Transmission, Inc.
CROWLEY FLECK PLLP
100 West Broadway Ave., Suite 250
P.O. Box 2798
Bismarck, North Dakota 58502-2798
Phone: (701) 223-6585
Fax: (701) 222-4853
pforster@crowleyfleck.com
cfurey@crowleyfleck.com