

### LS 27 – Cherry Creek – Spring Creek Expansion

**Project Location Overview**

McKenzie County, ND

**WBI ENERGY** TRANSMISSION
An MDU Resources Group company

**PROJECT AREA OVERVIEW**

1:60,000    1 in = 5,000 feet

0 1,900 3,800 7,600   11,400  15,200 Feet

**Legend**

| Symbol | Description | Symbol | Description | Symbol | Description |
|---|---|---|---|---|---|
| 🛡 | Tie-Ins | 〰 | Proposed Pipeline Route | ▱ | Pipe Yards |
| ⊕ | Proposed Valve Setting | 〰 | Proposed Access Roads | ☐ | Townships |
| ═ | Proposed Pipeline Bores | 〰 | Existing WBI Energy Pipelines | ☐ | Sections |

**EXHIBIT 7**