UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| WBI Energy Transmission, Inc., | ) | Civil No: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| An Easement and Right-of-Way Across | ) ) | |
| | ) | |
| 189.9 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 11:  W1/2SE1/4 Section 14:  NW1/4NE1/4 | ) ) ) ) | |
| | ) | |
| 227.8 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 11:  N1/2SW1/4, W1/2SE1/4 | ) ) ) | |
| | ) | |
| 242.0 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 2:  SW1/4SE1/4 Section 11:  NE1/4 | ) ) ) ) | |
| | ) | |
| 335.3 rods, more or less, located in <u>Township 150 North, Range 98 W</u> Section 35:  W1/2E1/2 | ) ) ) | |
| | ) | |
| 223.8 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 28:  S1/2N1/2 | ) ) ) | |
| | ) | |
| 83.6 rods, more or less, located in <u>Township 149 North, Range 98 W</u> Section 14:  NW1/4 | ) ) ) | |
| | ) | |
| McKenzie County, North Dakota, | ) | |
| | ) | |
| David L. Hoffmann; Denae M. Hoffmann; Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002; Rocky & Jonilla Farms, LLP; | ) ) ) ) ) | |

1

| | |
|---|---|
| Randall D. Stevenson; and all other unknown owners of the above lands, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF CONDEMNATION

1. You are hereby notified that a complaint in condemnation has been filed by Plaintiff, WBI Energy Transmission, Inc., ("WBI Energy"), in the office of the clerk of the United States District Court for the District of North Dakota Western Division, located at 220 E. Rosser Ave., Suite 476, Bismarck, North Dakota 58501, to (1) take by eminent domain permanent easements and temporary rights-of-way through the captioned lands, including temporary workspaces and access roads (the "Subject Easements") to construct, operate and maintain a natural gas pipeline located in McKenzie County, North Dakota ("Line Section 27"); (2) have immediate use and possession of the Subject Easements while the action is pending; and (3) award just compensation to the owners.

2. WBI Energy is a full-service interstate natural gas transmission, gathering, and storage company within the meaning of the Natural Gas Act, 15 U.S.C. § 717a(6), operating under the jurisdiction of the Federal Energy Regulatory Commission ("FERC"). WBI Energy is a corporation organized under the laws of the State of Delaware with its principal place of business in Bismarck, North Dakota. WBI Energy is authorized to conduct, and is conducting, business in the state of North Dakota.

3. WBI Energy has authority to condemn the Subject Easements pursuant to the Natural Gas Act, 15 U.S.C. § 717f. WBI Energy has received a Certificate of Public Convenience and Necessity from FERC which confers the authority to condemn under the Natural Gas Act.

4.     The Subject Easements consist of a right-of-way 50 feet (25 feet on both sides of the centerline) wide to lay, construct, maintain, inspect, test, protect, operate, increase or decrease the capacity of, repair, replace, and remove a buried natural gas pipeline, including reasonably necessary pipes, marker posts, taps, poles, and fixtures, through, over, under and across the captioned lands, together with the rights:

a.     To use additional land as depicted on Exhibits 1 to 6 to the Condemnation Complaint, attached and incorporated herein, outside the permanent easement for temporary work space during initial pipeline construction, and extra work space for temporary work at road crossings or areas with unusual construction problems; and

b.     To enter upon the captioned lands at all reasonable times to lay, construct, maintain, inspect, test, protect, operate, increase or decrease the capacity of, repair, replace, remove and do all necessary work in connection with the pipeline.

5.     Survey maps and descriptions of the property sought to be condemned are set forth in Exhibits 1 to 6 to the Condemnation Complaint. The following named Defendants have been joined as interest owners to the following lands in McKenzie County, North Dakota as more particularly described in Exhibits 1 to 6:

**Exhibit 1**

Township 149 North, Range 98 W
Section 11:  W1/2SE1/4
Section 14:  NW1/4NE1/4

Interest Owners:     David L. Hoffmann – Fee Owner
                     Denae M. Hoffmann – Fee Owner

**Exhibit 2 (access road)**

    Township 149 North, Range 98 W
    Section 11:  N1/2SW1/4, W1/2SE1/4

        Interest Owners:    David L. Hoffmann – Fee Owner
                                Denae M. Hoffmann – Fee Owner

**Exhibit 3**

    Township 149 North, Range 98 W
    Section 2:  SW1/4SE1/4
    Section 11:  NE1/4

        Interest Owners:    Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002 – Fee Owner

**Exhibit 4**

    Township 150 North, Range 98 W
    Section 35:  W1/2E1/2

        Interest Owners:    Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002 – Fee Owner

**Exhibit 5**

    Township 149 North, Range 98 W
    Section 28:  S1/2N1/2

        Interest Owner:    Rocky & Jonilla Farms, LLP – Fee Owner

**Exhibit 6**

    Township 149 North, Range 98 W
    Section 14:  NW1/4

        Interest Owner:    Randall D. Stevenson – Fee Owner (1/3 interest)

6. The Condemnation Complaint seeks the following relief:

   a. Judgment condemning the Subject Easements to WBI Energy;

   b. Immediate use and possession of the Subject Easements while this action is pending;

   c. Just compensation to be awarded to Defendants; and

   d. Additional and further relief as the Court deems just.

7. You are further notified that if you desire to present any objection or defense to the taking of your property you are required to serve your answer on WBI Energy's attorney at the address herein designated within twenty-one (21) days after service of this notice upon you.

8. Your answer shall identify the property in which you claim to have an interest, state the nature and extent of the interest you claim, and state all of your objections and defenses to the taking of your property. All defenses and objections not so presented are waived. Failure to serve an answer constitutes consent to the taking and to the authority of the court to proceed to hear the action and to fix the compensation. If you fail to answer the Condemnation Complaint, then judgment of condemnation of that part of the Subject Easements in which you have or claim an interest will be rendered.

9. Without answering, you may serve on the Plaintiff's attorney a notice of appearance designating the property in which you claim to be interested, and thereafter you will receive notice of all proceedings affecting it.

10. The name of WBI Energy's attorney and an address within the district in which the action is brought where the attorney may be served is as follows:

> Paul J. Forster (#07398)
> Casey A. Furey (#08035)
> Crowley Fleck PLLP
> 100 West Broadway Avenue, Suite 250
> P.O. Box 2798
> Bismarck, ND  58502-2798
> Tel.            701-223-6585
> Fax            701-222-4853
> E-mail         pforster@crowleyfleck.com
>                cfurey@crowleyfleck.com

Dated this 16th day of April, 2018.

   */s/ Paul J. Forster*
Paul J. Forster (#07398)
Casey A. Furey (#08035)
Attorneys for Plaintiff,
WBI Energy Transmission, Inc.
CROWLEY FLECK PLLP
100 West Broadway Ave., Suite 250
P.O. Box 2798
Bismarck, North Dakota 58502-2798
Phone: (701) 223-6585
Fax: (701) 222-4853
pforster@crowleyfleck.com
cfurey@crowleyfleck.com