# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| WBI Energy Transmission, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>An Easement and Right-of-Way Across<br><br>189.9 rods, more or less, located in <u>Township 149 North, Range 98 W</u><br>Section 11: W1/2SE1/4<br>Section 14: NW1/4NE1/4<br><br>227.8 rods, more or less, located in <u>Township 149 North, Range 98 W</u><br>Section 11: N1/2SW1/4, W1/2SE1/4<br><br>242.0 rods, more or less, located in <u>Township 149 North, Range 98 W</u><br>Section 2: SW1/4SE1/4<br>Section 11: NE1/4<br><br>335.3 rods, more or less, located in <u>Township 150 North, Range 98 W</u><br>Section 35: W1/2E1/2<br><br>223.8 rods, more or less, located in <u>Township 149 North, Range 98 W</u><br>Section 28: S1/2N1/2<br><br>83.6 rods, more or less, located in <u>Township 149 North, Range 98 W</u><br>Section 14: NW1/4 | Civil No: 1:18-cv-00078-DLH-CSM<br><br><br><br>**ORDER ADOPTING STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

| | |
|---|---|
| McKenzie County, North Dakota, David L. Hoffmann; Denae M. Hoffmann; Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002; Rocky & Jonilla Farms, LLP; Randall D. Stevenson; and all other unknown owners of the above lands, Defendants. | |

Upon review of the Stipulation for Extension of Time for Named Defendants to Answer or Otherwise Respond, and for good cause shown, IT IS HEREBY ORDERED that the Stipulation for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that the named Defendants have until June 15, 2018 to file their Answer or otherwise respond to Plaintiff's Complaint.

IT IS ORDERED.

DATED this 23rd day of May, 2018.

        */s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

WBI Energy Transmission, Inc. v. Hoffman, et al.
Order Adopting Stipulation Extending Time to Answer or Otherwise Respond to Complaint
Page 2