# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

WBI Energy Transmission, Inc.,

             Plaintiff,

    vs.

An Easement and Right-of-Way Across

189.9 rods, more or less, located in
Township 149 North, Range 98 W
Section 11: W1/2SE1/4
Section 14: NW1/4NE1/4

227.8 rods, more or less, located in
Township 149 North, Range 98 W
Section 11: N1/2SW1/4, W1/2SE1/4

242.0 rods, more or less, located in
Township 149 North, Range 98 W
Section 2: SW1/4SE1/4
Section 11: NE1/4

335.3 rods, more or less, located in
Township 150 North, Range 98 W
Section 35: W1/2E1/2

223.8 rods, more or less, located in
Township 149 North, Range 98 W
Section 28: S1/2N1/2

83.6 rods, more or less, located in
Township 149 North, Range 98 W
Section 14: NW1/4

Civil No: 1:18-cv-00078-DLH-CSM

**ANSWER TO CONDEMNATION COMPLAINT AND DEMAND FOR JURY TRIAL**

McKenzie County, North Dakota,

David L. Hoffmann; Denae M.
Hoffmann; Leonard W. Hoffmann and
Margaret A. Hoffmann, Trustees of the
Hoffmann Living Trust dated March 8,
2002; Rocky & Jonilla Farms, LLP;
Randall D. Stevenson; and all other
unknown owners of the above lands,

              Defendants.

## **ANSWER**

Defendants David L. Hoffmann; Denae M. Hoffmann; Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002; Rocky & Jonilla Farms, LLP; and Randall D. Stevenson (collectively referred to as "Defendants") submit their Answer to Plaintiff WBI Energy Transmission, Inc.'s ("WBI") Condemnation Complaint, stating and alleging the following:

1.  Defendants admit the allegations contained in Paragraph 1.

2.  Upon information and belief, Defendants admit the allegations contained in Paragraph 2.

3.  Paragraph 3 states a legal conclusion to which no response is required. To the extent a response is necessary, Defendants deny the allegations contained in Paragraph 3.

WBI Energy Transmission, Inc. v. Hoffmann, et al.
Answer to Condemnation Complaint and Demand for Jury Trial
Page 2

4.  Paragraph 4 states a legal conclusion to which no response is required.  To the extent a response is necessary, Defendants deny the allegations contained in Paragraph 4.

5.  Paragraph 5 states a legal conclusion to which no response is required.  To the extent a response is necessary, Defendants deny the allegations contained in Paragraph 5.

6.  Defendants admit the allegation stating they have rejected offers from WBI exceeding $3,000.00.  The remainder of Paragraph 7 states a legal conclusion to which no response is required.  To the extent a response is necessary, Defendants deny the remaining allegations contained in Paragraph 6.

7.  Upon information and belief, Defendants admit the allegations contained in Paragraph 7.

8.  Upon information and belief, Defendants admit the allegations contained in Paragraph 8.

9.  Upon information and belief, Defendants admit the allegations contained in Paragraph 9.

10.  Upon information and belief, Defendants admit the allegations contained in Paragraph 10.

11.  Defendants deny the allegations contained in Paragraph 11.

12.  Defendants admit ownership of the lands described in Paragraph 12.

WBI Energy Transmission, Inc. v. Hoffmann, et al.
Answer to Condemnation Complaint and Demand for Jury Trial
Page 3

13.  Upon information and belief, Defendants deny the allegations contained in Paragraph 13.

14.  Upon information and belief, Defendants admit the allegations contained in Paragraph 14.

15.  While Defendants admit that some acquisition is necessary as it concerns the operations of WBI's Project, Defendants deny the necessity of WBI's acquisition of the road.  Defendants deny all remaining allegations in Paragraph 15.

16.  Defendants have provided easements to WBI.  To the extent a further response is necessary, Defendants deny the remaining allegations contained in Paragraph 16.

17.  Defendants deny the allegations contained in Paragraph 17.

## <u>DEMAND FOR JURY TRIAL</u>

Defendants respectfully request a trial by a jury of 12 of all issues in the above-captioned matter.

//

//

//

//

//

WBI Energy Transmission, Inc. v. Hoffmann, et al.
Answer to Condemnation Complaint and Demand for Jury Trial
Page 4

RESPECTFULLY SUBMITTED this 15th day of June, 2018.

By */s/ Matt J. Kelly*___
Matt J. Kelly (#08000)
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College Street
Bozeman, MT  59715
(406) 586-9714
mkelly@lawmt.com
*Attorney for David L. Hoffmann; Denae M.*
*Hoffmann; Leonard W. Hoffmann and*
*Margaret A. Hoffmann, Trustees of the*
*Hoffmann Living Trust dated*
*March 8, 2002; Rocky & Jonilla*
*Farms, LLP; and Randall D. Stevenson*

WBI Energy Transmission, Inc. v. Hoffmann, et al.
Answer to Condemnation Complaint and Demand for Jury Trial
Page 5