UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| WBI Energy Transmission, Inc., | ) | Civil No: 1:18-cv-00078-DLH-CRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| An Easement and Right-of-Way Across | ) | |
| | ) | |
| 189.9 rods, more or less, located in Township 149 North, Range 98 W<br>Section 11:  W1/2SE1/4<br>Section 14:  NW1/4NE1/4 | ) | |
| | ) | |
| 227.8 rods, more or less, located in Township 149 North, Range 98 W<br>Section 11:  N1/2SW1/4, W1/2SE1/4 | ) | |
| | ) | |
| 242.0 rods, more or less, located in Township 149 North, Range 98 W<br>Section 2:  SW1/4SE1/4<br>Section 11:  NE1/4 | ) | |
| | ) | |
| 335.3 rods, more or less, located in Township 150 North, Range 98 W<br>Section 35:  W1/2E1/2 | ) | |
| | ) | |
| 223.8 rods, more or less, located in Township 149 North, Range 98 W<br>Section 28:  S1/2N1/2 | ) | |
| | ) | |
| 83.6 rods, more or less, located in Township 149 North, Range 98 W<br>Section 14:  NW1/4 | ) | |
| | ) | |
| McKenzie County, North Dakota, | ) | |
| | ) | |
| David L. Hoffmann; Denae M. Hoffmann; Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002; Rocky & Jonilla Farms, LLP; | ) | |

1

| | |
|---|---|
| Randall D. Stevenson; and all other unknown owners of the above lands, | )<br>)<br>) |
| Defendants. | ) |

### ORDER SCHEDULING STATUS CONFERENCE

The court shall hold a status conference with the parties by telephone on June 1, 2020, at 2:00 p.m. CDT.  To participate in the conference call, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 26th day of May, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court