UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| WBI Energy Transmission, Inc.  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>An Easement and Right-of-Way Across  )<br>  )<br>189.9 rods, more or less, located in  )<br><u>Township 149 North, Range 98 W</u>  )<br>Section 11:  W1/2SE1/4  )<br>Section 14:  NW1/4NE1/4  )<br>  )<br>227.8 rods, more or less, located in  )<br><u>Township 149 North, Range 98 W</u>  )<br>Section 11:  N1/2SW1/4, W1/2SE1/4  )<br>  )<br>242.0 rods, more or less, located in  )<br><u>Township 149 North, Range 98 W</u>  )<br>Section 2:  SW1/4SE1/4  )<br>Section 11:  NE1/4  )<br>  )<br>335.3 rods, more or less, located in  )<br><u>Township 150 North, Range 98 W</u>  )<br>Section 35:  W1/2E1/2  )<br>  )<br>223.8 rods, more or less, located in  )<br><u>Township 149 North, Range 98 W</u>  )<br>Section 28:  S1/2N1/2  )<br>  )<br>83.6 rods, more or less, located in  )<br><u>Township 149 North, Range 98 W</u>  )<br>Section 14:  NW1/4  )<br>  )<br>McKenzie County, North Dakota,  )<br>  )<br>  ) | Case No. 1:18-CV-00078-DLH-CRH<br><br>**NOTICE OF WITHDRAWAL<br>OF COUNSEL** |

1

| | |
|---|---|
| David L. Hoffmann; Denae M. Hoffmann; Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002; Rocky & Jonilla Farms, LLP; Randall D. Stevenson; and all other unknown owners of the above lands,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that attorney Carey Goetz hereby withdraws as co-counsel for Defendants in the above-noted matter. Defendants will continue to be represented by attorney Derrick Braaten of Braaten Law Firm.

DATED this 5th day of May, 2021.

                                                      **BRAATEN LAW FIRM**

                                                      */s/ Derrick Braaten*
                                                      Derrick Braaten (ND #06394)
                                                      109 North 4th Street, Suite 100
                                                      Bismarck, ND 58501
                                                      Phone:  701-221-2911
                                                      Fax:     701-221-5842
                                                      derrick@braatenlawfirm.com

                                                      *Attorneys for Defendants*


## CONSENT

The undersigned hereby consents to the withdrawal of counsel in the above-captioned action.

DATED this 5th day of May, 2021.

                                                      */s/ Carey Goetz*
                                                      Carey Goetz (ND #05958)
                                                      careygoetz@outlook.com