UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| WBI Energy Transmission, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:18-CV-00078-DLH-CRH |
| | ) | |
| v. | ) | |
| | ) | **JOINT MOTION AND STIPULATION** |
| | ) | **FOR EXTENSION TO FILE CLOSING** |
| An Easement and Right-of-Way Across | ) | **DOCUMENTS** |
| 189.9 rods, more or less, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Denae M. Hoffmann, Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002, Rocky & Jonilla Farms, LLP and Randall D. Stevenson ("Defendants") and Plaintiff WBI Energy Transmission, Inc. ("Plaintiff") (collectively, the "Parties") submit this Joint Motion and Stipulation for Extension to File Closing Documents, requesting a 28-day extension to June 24, 2021.

## CONFERRAL

Counsel for the Parties have conferred and are jointly requesting the relief sought by this Motion and have stipulated to the proposed extension.

## JOINT MOTION AND STIPULATION

On April 27, 2021, the Court entered an Order (Doc. No. 108) setting the deadline for filing closing documents for 30 days from the date of the order, or May 27, 2021. Following that Order, the Parties have worked together to complete a settlement agreement. However, due to prior obligations and travel plans, all Defendants have not yet been able to sign the settlement agreement. Because of this, Plaintiffs have not yet been able to process payments. To allow for exchange of all signatures and payment processing, an extension to June 24, 2021 is requested.

## **CONCLUSION**

The Parties respectfully move the Court to grant the proposed extension for good cause shown.

DATED this 27th day of May, 2021.

| | |
|---|---|
| */s/ Derrick Braaten* | */s/ Paul J. Forster* |
| Derrick Braaten (ND #06394) | Paul J. Forster (#07398) |
| **BRAATEN LAW FIRM** | Casey A Furey (#08035) |
| 109 North 4th Street, Suite 100 | Attorneys for Plaintiff, |
| Bismarck, ND 58501 | WBI Energy Transmission, Inc. |
| Phone: 701-221-2911 | CROWLEY FLECK PLLP |
| Fax:    701-221-5842 | 100 West Broadway Ave., Suite 250 |
| derrick@braatenlawfirm.com | P.O. Box 2798 |
| | Bismarck, North Dakota 58502-2798 |
| *Attorneys for Defendants* | Phone: (701) 223-6585 |
| | Fax: (701) 222-4853 |
| | pforster@crowleyfleck.com |