IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| WBI Energy Transmission, Inc., ) | |
| ) | Civil No. 1:18-cv-0078 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| An Easement and Right-of-Way Across ) | |
| ) | |
| 189.9 rods, more or less, located in ) | **ORDER ADOPTING STIPULATION** |
| <u>Township 149 North, Range 98 W</u> ) | **FOR SCHEDULE ON MOTION FO**R |
| Section 11:  W1/2SE1/4 ) | **ATTORNEY'S FEES** |
| Section 14:  NW1/4NE1/4 ) | |
| ) | |
| 227.8 rods, more or less, located in ) | |
| Township 149 North, Range 98 W ) | |
| Section 11:  N1/2SW1/4, W1/2SE1/4 ) | |
| ) | |
| 242.0 rods, more or less, located in ) | |
| Township 149 North, Range 98 W ) | |
| Section 2:  SW1/4SE1/4 ) | |
| Section 11:  NE1/4 ) | |
| ) | |
| 335.3 rods, more or less, located in ) | |
| Township 150 North, Range 98 W ) | |
| Section 35:  W1/2E1/2 ) | |
| ) | |
| 223.8 rods, more or less, located in ) | |
| Township 149 North, Range 98 W ) | |
| Section 28:  S1/2N1/2 ) | |
| ) | |
| 83.6 rods, more or less, located in ) | |
| Township 149 North, Range 98 W ) | |
| Section 14:  NW1/4 ) | |
| ) | |
| McKenzie County, North Dakota, ) | |
| ) | |
| ) | |
| David L. Hoffmann; Denae M. ) | |
| Hoffmann; Leonard W. Hoffmann and ) | |
| Margaret A. Hoffmann, Trustees of the ) | |
|  Hoffmann Living Trust dated March 8, ) | |
| 2002; Rocky & Jonilla Farms, LLP; ) | |

1

| | |
|---|---|
| Randall D. Stevenson; and all other unknown owners of the above lands,<br><br>            Defendants. | )<br>)<br>)<br>) |

On July 22, 2021, the parties filed a Stipulation for Schedule on Motion for Attorney's Fees. (Doc. No. 116) The court **ADOPTS** the parties' stipulation (Doc. No. 116). Motions for attorney's fees and briefs shall be filed in phases as follows:

<u>Phase 1</u>: Whether or not Defendants have the right to recover reasonable attorney's fees and related expenses in this case.

1. On or before August 12, 2021, Defendants shall file their motion and brief.

2. On or before September 2, 2021, Plaintiff shall file its response brief.

3. On or before September 16, 2021, Defendants shall file their reply brief.

<u>Phase 2</u>: If necessary, the amount of reasonable attorney's fees and related expenses that Defendants are entitled to recover.

1. On or before 21 days after the Court rules that Defendants have the right to recover reasonable attorney's fees and related expenses, Defendants shall file their brief and any supporting evidence.

2. On or before 21 days after Defendants file, Plaintiff shall file its response brief and any supporting evidence.

3. On or before 14 days after Plaintiff files, Defendants shall file their reply brief.

**IT IS SO ORDERED.**

Dated this 23rd day of July, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
