# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| WBI Energy Transmission, Inc. ) | Case No. 1:18-CV-00078-DLH-CRH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO EXTENSION ON** |
| ) | **DEFENDANTS' REPLY IN SUPPORT** |
| ) | **OF MOTION FOR ATTORNEY'S FEES** |
| An Easement and Right-of-Way Across ) | |
| 189.9 rods, more or less, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants Denae M. Hoffmann, Leonard W. Hoffmann and Margaret A. Hoffmann, Trustees of the Hoffmann Living Trust dated March 8, 2002, Rocky & Jonilla Farms, LLP and Randall D. Stevenson ("Defendants") and Plaintiff WBI Energy Transmission, Inc. ("Plaintiff") (collectively, the "Parties") submit this Stipulation to for Extension on Defendants' Reply in support of their Motion for Attorney's Fees.

## CONFERRAL

Counsel for the Parties have conferred and have stipulated to this extension for Defendants' Reply.

## STIPULATION

On July 23, 2021, the Court entered an Order (Doc. No. 117) adopting the party's stipulation for schedule on motion for attorney's fees. This stipulation gives Defendants 21 days after the court rules that Defendants have the right to recover fees to file their brief and any supporting evidence. This court ruled that Defendants have the right to recover fees and an order (Doc. No. 131) was entered on November 1, 2022, giving Defendants until November 22, to file their brief. The parties entered into a stipulation for schedule on motion for fees on November 21,

1

2022 (Doc. No. 132). The parties request that the stipulated schedule be amended to give Defendants' an extension for their reply to Plaintiff's response to January 23, 2023.

## **CONCLUSION**

The Parties respectfully move the Court to grant this stipulation and extend the deadline for Defendants' Reply to January 23 2023.

DATED this 18th day of January, 2023.

| | |
|---|---|
| */s/ Derrick Braaten* | */s/Paul J. Forster* |
| Derrick Braaten (ND #06394) | Paul J. Forster (#07398) |
| **BRAATEN LAW FIRM** | Casey A Furey (#08035) |
| 109 North 4th Street, Suite 100 | **CROWLEY FLECK PLLP** |
| Bismarck, ND 58501 | 100 West Broadway Ave., Suite 250 |
| Phone: 701-221-2911 | P.O. Box 2798 |
| Fax:    701-221-5842 | Bismarck, ND 58502-2798 |
| derrick@braatenlawfirm.com | Phone: (701) 223-6585 |
| | Fax: (701) 222-4853 |
| *Attorneys for Defendants* | pforster@crowleyfleck.com |
| | |
| | *Attorneys for Plaintiff,* |
| | *WBI Energy Transmission, Inc.* |